

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:
ANTONIO VALLADARES, HECTOR

To:
Dill, Nicole
Two Center Plaza
Suite 520
Boston, MA 02108

A-Number:
■■■■■-091

Riders:
In Custody Redetermination Proceedings

Date:
12/31/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The Respondent's motion to reopen has been filed and not yet adjudicated. The Respondent is still under a final removal order entered in absentia. He is ineligible for bond under INA 241.

☐ Granted. It is ordered that Respondent be:
　☐ released from custody on his own recognizance.
　☐ released from custody under bond of $
　☐ other:

☐ Other:



Immigration Judge: CHO, YUL-MI 12/31/2025

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☑ reserved
Appeal Due: 01/30/2026

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : ANTONIO VALLADARES, HECTOR | A-Number : ██████091
Riders:
Date: 12/31/2025 By: Files, Liam, Court Staff