UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR VALLADARES,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>Respondents. | Civil Action No. 1:25-cv-13271-IT |

**RESPONDENTS' SECOND STATUS REPORT**

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this second status report on the outcome of Petitioner Hector Valladares' motion to reopen. On December 23, 2025, by Order, the Court granted the Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226 by December 31, 2025 and to file a Status Report no later than January 5, 2026. ECF No. 22. Respondents filed a Status Report regarding the bond hearing on December 31, 2025. ECF No. 23.

On January 2, 2026, Petitioner filed a Motion for Order to Show Cause and for Petitioner's Immediate Release. ECF No. 24. On January 4, 2026, this Court ordered that no later than January 9, 2026, Respondents shall file a response to Petitioner's Motion, ECF No. 24, and include a status report as to any subsequent orders by the Immigration Judge and, if the motion to reopen is denied and an appeal is filed, any orders by the Board of Immigration Appeals. ECF No. 25. On January 9, 2026, Respondents opposed the Motion, ECF No. 24, and indicated the Immigration Judge had not ruled on the motion to reopen. ECF No. 26. Respondents also filed a

motion for reconsideration of this Court's Order, ECF No. 22, and in the alternative, a request to clarify the Order. ECF No. 27.

Respondents now file this second status report to inform the Court that the Petitioner's motion to reopen has been denied and that the automatic stay of removal is lifted. *See* Exhibit 1, Order of the Immigration Judge dated January 12, 2026. Although Respondents maintain that this Court does not have jurisdiction to review Exhibit 1, Respondents provide the decision in its entirety to this Court for context. *See* 8 U.S.C. §§ 1252(b)(9), (a)(5). As stated in ECF No. 19, ICE seeks to remove Petitioner, and as the motion to reopen has been denied, Respondents respectfully request this Court to vacate the Order, ECF No. 3, deny Petitioner's Motion, ECF. No 24, and grant Respondents Motion, ECF No. 27.

Dated: January 15, 2026                              Respectfully submitted,

                                                              LEAH B. FOLEY
                                                              United States Attorney

By:    */s/ Erica McMahon*
       Special Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       Tel.: 617-748-3271
       Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: January 15, 2026                              By: */s/ Erica McMahon*
                                                                    Special Assistant United States Attorney