UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HECTOR VALLADARES,

Petitioner,

v.

PATRICIA HYDE, Acting Director of Boston
Field Office,
TODD LYONS, Acting Director, United
States Immigration and Customs Enforcement,
KRISTI NOEM, Secretary of the United States
Department of Homeland Security,
PAMELA BONDI, United States Attorney
General, and
DONALD J. TRUMP, President of the United
States

Respondents.

No. 1:25-cv-13271-IT

**SECOND NOTICE OF INTENT TO TRANSFER TO EFFECTUATE REMOVAL
ORDER**

Pursuant to the Court's Order (ECF No. 4 at 3-4), Respondents provide notice of intent to

transfer Petitioner from the District of Massachusetts now that his motion to reopen has been

denied, he remains subject to a final order, and ERO is ready to remove him to El Salvador.

Petitioner filed an Amended Petition challenging his detention on November 24, 2025.

ECF No. 15. Respondents opposed the Amended Petition on December 8, 2025. ECF No. 18. On

December 23, 2025, by Order, the Court granted the Petition for Writ of Habeas Corpus and

ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226 by

December 31, 2025 and to file a Status Report no later than January 5, 2026. ECF No. 22.

Respondents filed a Status Report regarding the bond hearing on December 31, 2025. ECF No.

23.

On January 2, 2026, Petitioner filed a Motion for Order to Show Cause and for Petitioner's Immediate Release. ECF No. 24. On January 4, 2026, this Court ordered that no later than January 9, 2026, Respondents shall file a response to Petitioner's Motion, ECF No. 24, and include a status report as to any subsequent orders by the Immigration Judge and, if the motion to reopen is denied and an appeal is filed, any orders by the Board of Immigration Appeals. ECF No. 25. On January 9, 2026, Respondents opposed the Motion, ECF No. 24, and indicated the Immigration Judge had not ruled on the motion to reopen. ECF No. 26. Respondents also filed a motion for reconsideration of this Court's Order, ECF No. 22, and in the alternative, a request to clarify the Order. ECF No. 27. Respondents subsequently filed a second status report with this Court indicating the motion to reopen was denied by the Immigration Judge. ECF. No. 28. Today, this Court issued an Order denying the parties' motions at ECF No. 24 and ECF No. 27 as moot. ICE agency counsel informed undersigned counsel that ERO intends to transfer Petitioner outside of the District and schedule removal of Petitioner within a few days, provided that the Court lifts the prohibition on transfer and removal.

Now, transfer from Massachusetts is necessary to effectuate Petitioner's final order of removal and this Court lacks jurisdiction to "hear any cause or claim by or on behalf of any alien arising from the decision or action by [ICE] to … execute removal orders against any alien under this chapter." 8 U.S.C. § 1252(g). *See Compere v. Riordan*, 368 F. Supp. 3d 164, 170 (D. Mass. 2019) ("[T]he Court simply lacks jurisdiction to grant a stay of a final order of removal.").

Accordingly, Respondents respectfully request this Court vacate its Order restricting Petitioner's transfer from Massachusetts and its Order prohibiting his removal from the United States. ECF No. 3 at 4.

2

Dated: January 16, 2026                Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

                                        By:      /s/ Erica McMahon
                                        Special Assistant United States Attorney
                                        United States Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        Tel.: 617-748-3271
                                        Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: January 16, 2026                By: /s/ Erica McMahon
                                        Special Assistant United States Attorney